UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 24-15755-LMI |
| **IVANKOVICH FAMILY LLC** | (Jointly administered) |
| **A&O FAMILY LLC (FL)** | 24-15762-LMI |
| **A&O FAMILY LLC (IL)** | 24-15767-LMI |
| **ATLAS P2 MANAGING MEMBER, LLC,** | 24-15770-LMI |
| Debtors. | |
| _____/ | |
| **IVANKOVICH FAMILY LLC,** | |
| **A&O FAMILY LLC (FL),** | |
| **A & O FAMILY LLC (IL),** | |
| **ATLAS P2 MANAGING MEMBER, LLC,** | |
| **ANTHONY IVANKOVICH, and** | |
| **OLGA IVANKOVICH,** | Adv. Pro. No.: 24-01411-LMI |
| Plaintiffs, | |
| vs. | |
| **JEANETTE IVANKOVICH, SCHILLER DUCANTO & FLECK, LLP, and STEVEN IVANKOVICH,** | |
| Defendants. | |
| _____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that **PATRICIA A. REDMOND,** with the law firm of **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, appears as counsel for **Schiller DuCanto & Fleck LLP** in the above-captioned case. Pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections 342 and 1109(b), Schiller DuCanto & Fleck LLP requests that copies of any and all

4

notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case or any related adversary proceedings, be delivered to:

**PATRICIA A. REDMOND, ESQ.**
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
**Museum Tower, Suite 2200**
**150 West Flagler Street**
**Miami, Florida 33130**
**Telephone: (305) 789-3553**
**Facsimile: (305) 789-2688**
**E-mail: predmond@stearnsweaver.com**

PLEASE TAKE FURTHER NOTICE THAT this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of **Schiller DuCanto & Fleck LLP** or any other party in interest in this case or any related adversary proceedings, including (a) the Debtor; (b) property of the Debtor or the Debtor's estate, or proceeds thereof; (c) claims against or interests in the Debtor; (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or any related adversary proceedings; or (e) property or proceeds thereof in the possession, custody, or control of  **Schiller DuCanto & Fleck LLP** or others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by **Schiller DuCanto & Fleck LLP** or any other party in interest.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any rights of  **Schiller DuCanto &**

**Fleck LLP** to (1) have final orders in non-core matters entered only after *de novo* review by a higher court; (2) trial by jury in any proceeding so triable in this case or related adversary proceedings, controversy, or other proceeding related to this case; (3) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  November 4, 2024

                    Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:      (305) 789-3395

By:    */s/  Patricia A. Redmond*
      PATRICIA A. REDMOND
      Florida Bar No. 303739
      predmond@stearnsweaver.com

*Counsel for* Schiller DuCanto & Fleck LLP

### CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on November 4, 2024, via the Court's CM/ECF website.  I further certify that the document is being furnished as it is entered on the Court docket, by transmission of Notices of Electronic Filing ("**NEF**") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case as indicated below.

By:*/s/ Patricia A. Redmond*
    PATRICIA A. REDMOND

## SERVICE LIST

**United States Bankruptcy Court, Southern District of Florida**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Plaintiff A & O Family LLC (IL)
On behalf of Plaintiff A&O Family LLC (FL)
On behalf of Plaintiff Atlas P2 Managing Member, LLC
On behalf of Plaintiff Ivankovich Family LLC
On behalf of Plaintiff Anthony Ivankovich
On behalf of Plaintiff Olga Ivankovich
eyal.berger@akerman.com,jeanette.martinezgoldberg@akerman.com