**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC (FL)
A&O FAMILY LLC (IL)
ATLAS P2 MANAGING MEMBER, LLC,

  Debtors.

_____/

IVANKOVICH FAMILY LLC, et al.,

  Plaintiffs,

vs.

JEANETTE IVANKOVICH, et al.,

  Defendants.

_____/

Chapter 11
Case Nos.: 24-15755-LMI

    (Jointly Administered)
    24-15762-LMI
    24-15767-LMI
    24-15770-LMI

Adv. Pro. No.: 24-01411-LMI

**DEFENDANTS JEANETTE IVANKOVICH AND SCHILLER DUCANTO & FLECK'S SUPPLEMENT TO RESPONSE IN OPPOSITION TO PLAINTIFFS' JOINT MOTION TO DISMISS AND NOTICE OF FILING RECEIVER'S FINDINGS OF INTITIAL INVESTIGATION, CONTAINED WITHIN RECEIVER'S JOINT RESPONSE <u>TO THE MOTION TO INTERVENE AND MOTION TO COMPEL</u>**

Defendants Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP ("Schiller") (collectively, "Defendants"), by and through undersigned counsel, hereby file this supplement to the Defendants' Response in Opposition ("Defendants' Opposition") [Adv. ECF 164] to Plaintiffs' Joint Motion to Dismiss [Adv. ECF 147], by providing Notice of Filing the Receiver's Findings of Initial Investigation, Contained Within Receiver's Joint Response to the Motion to Intervene and Motion to Compel, dated December 16, 2025, a copy of which is attached as **Exhibit 1**. Consistent with the Defendants' Opposition, the Receiver's initial findings include the conclusion that the Receiver's "...Investigation uncovered, *inter alia*, over 103 entities

controlled by Respondent Steven Ivankovich (the "Respondent") (the "Entities"), notwithstanding that a vast majority of the Entities are owned on paper by Respondent's parents, Drs. Anthony and Olga Ivankovich..." **Ex. 1** at 2.

Dated: January 6, 2026

Respectfully submitted,
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND
    Florida Bar No. 303739
    predmond@stearnsweaver.com

*Counsel for Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon counsel or parties who are authorized to receive NEF in this case.

By: /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND

<u>**SERVICE LIST**</u>
**United States Bankruptcy Court, Southern District of Florida**
**Case No. 24-01411-lMI**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
and on behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com; ycc@kttlaw.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
and on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

3