**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos.:    24-15755-LMI |
| IVANKOVICH FAMILY LLC | |
| A&O FAMILY LLC (FL) | (Jointly Administered) |
| A&O FAMILY LLC (IL) | 24-15762-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15767-LMI |
| | 24-15770-LMI |
| Debtors. | |
| _____/ | |
| | |
| IVANKOVICH FAMILY LLC, et al., | |
| Plaintiffs, | |
| vs. | Adv. Pro. No.: 24-01411-LMI |
| JEANETTE IVANKOVICH, et al., | |
| Defendants. | |
| _____/ | |

**DEFENDANTS JEANETTE IVANKOVICH AND SCHILLER DUCANTO & FLECK'S 2ND SUPPLEMENT TO RESPONSE IN OPPOSITION TO PLAINTIFFS' JOINT MOTION TO DISMISS AND NOTICE OF FILING EMAIL FROM U.S. BANK ATTACHING NOTICE LETTER REGARDING POTENTIAL COMPLAINT <u>REGARDING PAYMENT TO SCHILLER</u>**

Defendants Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP ("Schiller") (collectively, "Defendants"), by and through undersigned counsel, hereby file this second supplement to the Defendants' Response in Opposition ("Defendants' Opposition") [Adv. ECF 164] to Plaintiffs' Joint Motion to Dismiss [Adv. ECF 147], by providing Notice of Filing Email From U.S. Bank, attaching Notice Letter Regarding Potential PAMI Grand Too Complaint Regarding Payment to Schiller, dated December 31, 2025 ("Notice Letter"), a copy of which is attached as **Exhibit 1**. Pursuant to the Notice Letter, which involves a purported creditor whose claim may now be owned and controlled directly or indirectly by Steven Ivankovich, there may be

1

an issue as to whether the Schiller claim has in fact been paid pursuant to the Plan, and thus whether the Schiller claim remains pending in the Adversary Complaint.

Dated: January 6, 2026

Respectfully submitted,
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: /s/ *Patricia A. Redmond*
     PATRICIA A. REDMOND
     Florida Bar No. 303739
     predmond@stearnsweaver.com

*Counsel for Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon counsel or parties who are authorized to receive NEF in this case.

By: /s/ *Patricia A. Redmond*
     PATRICIA A. REDMOND

## SERVICE LIST
### United States Bankruptcy Court, Southern District of Florida
### Case No. 24-01411-lMI

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
and on behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com; ycc@kttlaw.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
and on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

3