

**ORDERED in the Southern District of Florida on January 29, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| IVANKOVICH FAMILY LLC, *ET AL.*, | |
| Reorganized Debtors. | Case No. 24-15755-LMI (Jointly Administered) |
| _____ / | |
| IVANKOVICH FAMILY LLC, *ET AL.*, | |
| Plaintiffs, | |
| v. | |
| JEANETTE IVANKOVICH, SCHILLER DUCANTO & FLECK, LLP, and STEVEN IVANKOVICH, | |
| Defendants. | Adv. Pro. No. 24-01411-LMI |
| _____ / | |

**ORDER (I) DISMISSING COUNT FIVE OF THE**
**AMENDED COMPLAINT, (II) CANCELLING SPECIAL**
**SET TRIAL, AND (III) CLOSING ADVERSARY PROCEEDING**

THIS CAUSE came before the Court upon the *Joint Motion to Dismiss Count Five of the*

*Amended Complaint As Moot* (Adv. Docket No. 147) filed by plaintiffs Ivankovich Family LLC,

A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich, and Olga Ivankovich (collectively, the "**Plaintiffs**") in the above-captioned adversary proceeding number 24-01411-LMI (the "**Adversary Proceeding**", and the complaint initiating the Adversary Proceeding, the "**Adversary Complaint**"), to dismiss, without prejudice, Count Five ("**Count Five**") of the *Amended Complaint for Objection to Claims and Interests of Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP and Declaratory Relief* (Adv. Docket No. 86) (the "**Amended Complaint**") filed by Plaintiffs; upon the *Order Conditionally Dismissing Count Five of the Amended Complaint* (Adv. Docket No. 169) (the "**Conditional Dismissal**"), conditionally dismissing Count Five subject to certain conditions imposed by the Court; and upon the *Notice of Stipulation* (Adv. Docket No. 172) (the "**Stipulation Notice**"), filed by the Plaintiffs acknowledging their consent to the Court's imposed conditions as reflected in the stipulation attached thereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that venue of this proceeding in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the Court having already entered the Conditional Dismissal; and the Plaintiffs' having filed the Stipulation Notice; and after due deliberation and good and sufficient cause appearing thereof, it is hereby **ORDERED**:

1.    Count Five of the Amended Complaint is dismissed without prejudice.

2.    Any further adjudication of Counts One, Three, and Seven of the Amended Complaint is rendered moot because all Remaining Jeanette and Schiller Claims (as defined in the *Agreed Order Granting Reorganized Debtors' Motion for Entry of an Order Authorizing the Reorganized Debtors to Disburse Funds from the Disputed Claim Reserve to Satisfy the Remaining Jeanette and Schiller Claims* (Docket No. 683)) have been satisfied.  The Court abstained from

adjudicating Counts Two and Six of the Adversary Complaint (Docket No. 53).   The Court dismissed Count Four of the Adversary Complaint without prejudice (Docket No. 60).

3.      The trial currently scheduled in this Adversary Proceeding from February 23–25, 2026, is canceled.

4.      The Clerk is directed to close this Adversary Proceeding.

5.      This Court retains jurisdiction with respect to all matters, claims, right or disputes arising from, based upon, or related to this Order.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224


David L. Rosendorf, Esq.
Florida Bar No: 996823
dlr@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida  33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*

3