

**ORDERED in the Southern District of Florida on January 29, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC, *ET AL.*,

        Reorganized Debtors.

_____/

IVANKOVICH FAMILY LLC, *ET AL.*,

        Plaintiffs,

v.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK, LLP, and STEVEN
IVANKOVICH,

        Defendants.

_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)

Adv. Pro. No. 24-01411-LMI

**JUDGMENT ON COUNTS ONE, THREE, AND SEVEN OF AMENDED COMPLAINT**

THIS CAUSE came before the Court upon the *Joint Motion for Partial Summary Judgment*

(Adv. Docket No. 111) (the "**Motion for Summary Judgment**") filed by plaintiffs Ivankovich

Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC,

Anthony Ivankovich, and Olga Ivankovich (collectively, the "**Plaintiffs**") in the above-captioned adversary proceeding number 24-01411-LMI (the "**Adversary Proceeding**"), to grant Counts One, Three, and Seven of the *Amended Complaint for Objection to Claims and Interests of Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP and Declaratory Relief* (Adv. Docket No. 86) (the "**Amended Complaint**") filed by Plaintiffs; and upon the *Order Granting In Part and Denying In Part the Joint Motion for Partial Summary Judgment* (Adv. Docket No. 155) (the "**Summary Judgment Order**"), granting in part and denying in part the Motion for Summary Judgment, which, among other things, consolidated all of Jeanette's proofs of claim into one claim and all of Schiller's proofs of claim into one claim (together, the "**Remaining Jeanette and Schiller Claims**"), and held that the Summary Judgment Order shall have no effect on Jeanette's entitlement to attorney's fees against non-Debtors, either non-bankruptcy related or bankruptcy related, as may be awarded by the Illinois Divorce Court and the Court lacks subject matter jurisdiction to determine and adjudicate the award of any legal fees in favor of Jeanette Ivankovich and against Steven Ivankovich that were not awarded by the Illinois Divorce Court as of the Petition Date; and the Court having already entered the Summary Judgment Order and the *Agreed Order Granting Reorganized Debtors' Motion for Entry of an Order Authorizing the Reorganized Debtors to Disburse Funds from the Disputed Claim Reserve to Satisfy the Remaining Jeanette and Schiller Claims* (Docket No. 683); and the Plaintiffs' having filed the *Notice of Disbursement* (Docket No. 689) and the *Notice of Wire Transfer* (Docket No. 693); and after due deliberation and good and sufficient cause appearing thereof, it is hereby **ORDERED and ADJUDGED** as follows:

1.      Due to the Plaintiffs' satisfaction in full of the Remaining Jeanette and Schiller Claims, in accordance with the Summary Judgment Order, the Remaining Jeanette and Schiller

Claims are deemed satisfied and any further adjudication of Count One, Count Three, and Count Seven of the Amended Complaint is rendered moot.

2.      In accordance with the Summary Judgment Order, the following proofs of claim are hereby consolidated and shall be deemed satisfied from the Claims Register: POC Nos. 5-1, 5-2, 5-3, and 7-1, Case No. 24-15755-LMI; POC Nos. 7-1 and 9-1, Case No. 24-15762-LMI; POC Nos. 5-1 and 7-1, Case No. 24-15767-LMI; POC Nos. 6-1 and 9-1, Case No. 24-15770-LMI.

3.      Specifically, the Summary Judgment Order provided that all claims for legal fees in excess of $425,000 asserted by Jeanette in POC No. 5-3 against Ivankovich Family (Case No. 24-15755-LMI) are disallowed.

4.      This Court retains jurisdiction to enter further orders that are proper and to enforce this Judgment.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224

David L. Rosendorf, Esq.
Florida Bar No: 996823
dlr@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida  33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*