Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 24–15755–LMI                    **Adversary Number:** 24–01411–LMI

In re:

 **Name of Debtor(s):** Ivankovich Family LLC

 ——————————————————————————————/

**Ivankovich Family LLC, A&O Family LLC (FL), A & O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich and Olga Ivankovich**

Plaintiff(s)

**VS.**

**Jeanette Ivankovich, Schiller Ducanto & Fleck, LLP and Steven Ivankovich**

Defendant(s)

 ——————————————————————————————/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **JUDGMENT ON COUNTS ONE, THREE, AND SEVEN OF AMENDED COMPLAINT** (copy attached) was entered on the docket on  **1/30/2026 .**

**Dated: 1/30/26**                    **CLERK OF COURT**
                                                By: Jahshima Leonard
                                                Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.