United States Bankruptcy Court

Southern District of Florida

Ivankovich Family LLC,

    Plaintiff

Adv. Proc. No. 24-01411-LMI

Ivankovich,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2026 | Form ID: CGFD62 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | A & O Family LLC (IL), Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Blvd., Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | A&O Family LLC (FL), Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Blvd., Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Anthony Ivankovich, c/o David L. Rosendorf, Esq., Kozyak Tropin & Throckmorton LLP, 2525 Ponce de Leon Blvd., 9th Floor Miami, FL 33134-6039 |
| pla | + | Atlas P2 Managing Member, LLC, Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Ivankovich Family LLC, Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Olga Ivankovich, c/o David L. Rosendorf, Esq., Kozyak Tropin & Throckmorton LLP, 2525 Ponce de Leon Blvd., 9th Floor Miami, FL 33134-6039 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 31 2026 00:38:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 31 2026 00:39:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2026 00:39:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal |

District/off: 113C-1                     User: admin                                                Page 2 of 3
Date Rcvd: Jan 30, 2026                  Form ID: CGFD62                                     Total Noticed: 19

| | | | | |
|---|---|---|---|---|
| | | | | Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | |

District/off: 113C-1      User: admin      Page 3 of 3

Date Rcvd: Jan 30, 2026      Form ID: CGFD62      Total Noticed: 19

on behalf of Defendant Schiller Ducanto & Fleck  LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

Darrell Winston Payne

on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com  cveguilla@stearnsweaver.com

David L Rosendorf, Esq

on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Atlas P2 Managing Member  LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Eyal Berger, Esq.

on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Atlas P2 Managing Member  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq

on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Patricia A Redmond

on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond

on behalf of Defendant Schiller Ducanto & Fleck  LLP predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Ryan Mitchell Wolis

on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com  egraham@stearnsweaver.com

Shira A Baratz

on behalf of Defendant Steven Ivankovich sbaratz@melandbudwick.com

TOTAL: 25

Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:**  24–15755–LMI                                         **Adversary Number:** 24–01411–LMI

In re:

**Name of Debtor(s):**  Ivankovich Family LLC

————————————————————————————/

**Ivankovich Family LLC, A&O Family LLC (FL), A & O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich and Olga Ivankovich**

Plaintiff(s)

**VS.**

**Jeanette Ivankovich, Schiller Ducanto & Fleck, LLP and Steven Ivankovich**

Defendant(s)

————————————————————————————/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled  **JUDGMENT ON COUNTS ONE, THREE, AND SEVEN OF AMENDED COMPLAINT** (copy attached) was entered on the docket on  **1/30/2026** .

**Dated: 1/30/26**                                         **CLERK OF COURT**
By: Jahshima Leonard
Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.