United States Bankruptcy Court

Southern District of Florida

Ivankovich Family LLC,

    Plaintiff

Ivankovich,

    Defendant

Adv. Proc. No. 24-01411-LMI

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2026 | Form ID: pdf005 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 31 2026 00:38:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 31 2026 00:39:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2026 00:39:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-1                          User: admin                                    Page 2 of 3
Date Rcvd: Jan 30, 2026                       Form ID: pdf005                               Total Noticed: 13

ust              + Email/Text: ustpregion21.tp.ecf@usdoj.gov
                                              Jan 31 2026 00:50:00    United States Trustee - TPA7/13, Timberlake
                                                                      Annex, Suite 1200, 501 E Polk Street, Tampa, FL
                                                                      33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | on behalf of Defendant Schiller Ducanto & Fleck  LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com |
| Darrell Winston Payne | on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com  cveguilla@stearnsweaver.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |

District/off: 113C-1                          User: admin                                  Page 3 of 3
Date Rcvd: Jan 30, 2026                       Form ID: pdf005                           Total Noticed: 13

David L Rosendorf, Esq

    on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

    on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

    on behalf of Plaintiff Atlas P2 Managing Member  LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Eyal Berger, Esq.

    on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

    on behalf of Plaintiff Atlas P2 Managing Member  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

    on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

    on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

    on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

    on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq

    on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Patricia A Redmond

    on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond

    on behalf of Defendant Schiller Ducanto & Fleck  LLP predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Ryan Mitchell Wolis

    on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com  egraham@stearnsweaver.com

Shira A Baratz

    on behalf of Defendant Steven Ivankovich sbaratz@melandbudwick.com

TOTAL: 25



**ORDERED in the Southern District of Florida on January 29, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC, *ET AL.*,

      Reorganized Debtors.

_____/

IVANKOVICH FAMILY LLC, *ET AL.*,

      Plaintiffs,

v.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK, LLP, and STEVEN
IVANKOVICH,

      Defendants.

_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)

Adv. Pro. No. 24-01411-LMI

**ORDER (I) DISMISSING COUNT FIVE OF THE**
**AMENDED COMPLAINT, (II) CANCELLING SPECIAL**
**<u>SET TRIAL, AND (III) CLOSING ADVERSARY PROCEEDING</u>**

THIS CAUSE came before the Court upon the *Joint Motion to Dismiss Count Five of the*

*Amended Complaint As Moot* (Adv. Docket No. 147) filed by plaintiffs Ivankovich Family LLC,

A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich, and Olga Ivankovich (collectively, the "**Plaintiffs**") in the above-captioned adversary proceeding number 24-01411-LMI (the "**Adversary Proceeding**", and the complaint initiating the Adversary Proceeding, the "**Adversary Complaint**"), to dismiss, without prejudice, Count Five ("**Count Five**") of the *Amended Complaint for Objection to Claims and Interests of Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP and Declaratory Relief* (Adv. Docket No. 86) (the "**Amended Complaint**") filed by Plaintiffs; upon the *Order Conditionally Dismissing Count Five of the Amended Complaint* (Adv. Docket No. 169) (the "**Conditional Dismissal**"), conditionally dismissing Count Five subject to certain conditions imposed by the Court; and upon the *Notice of Stipulation* (Adv. Docket No. 172) (the "**Stipulation Notice**"), filed by the Plaintiffs acknowledging their consent to the Court's imposed conditions as reflected in the stipulation attached thereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that venue of this proceeding in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the Court having already entered the Conditional Dismissal; and the Plaintiffs' having filed the Stipulation Notice; and after due deliberation and good and sufficient cause appearing thereof, it is hereby **ORDERED**:

1.    Count Five of the Amended Complaint is dismissed without prejudice.

2.    Any further adjudication of Counts One, Three, and Seven of the Amended Complaint is rendered moot because all Remaining Jeanette and Schiller Claims (as defined in the *Agreed Order Granting Reorganized Debtors' Motion for Entry of an Order Authorizing the Reorganized Debtors to Disburse Funds from the Disputed Claim Reserve to Satisfy the Remaining Jeanette and Schiller Claims* (Docket No. 683)) have been satisfied.  The Court abstained from

adjudicating Counts Two and Six of the Adversary Complaint (Docket No. 53).  The Court

dismissed Count Four of the Adversary Complaint without prejudice (Docket No. 60).

3.      The trial currently scheduled in this Adversary Proceeding from February 23–

25, 2026, is canceled.

4.      The Clerk is directed to close this Adversary Proceeding.

5.      This Court retains jurisdiction with respect to all matters, claims, right or disputes

arising from, based upon, or related to this Order.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224


David L. Rosendorf, Esq.
Florida Bar No: 996823
dlr@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida  33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*

3