United States Bankruptcy Court

Southern District of Florida

Ivankovich Family LLC,

    Plaintiff

                                      Adv. Proc. No. 24-01411-LMI

Ivankovich,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdf005 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | A & O Family LLC (IL), Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Blvd., Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | A&O Family LLC (FL), Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Blvd., Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Anthony Ivankovich, c/o David L. Rosendorf, Esq., Kozyak Tropin & Throckmorton LLP, 2525 Ponce de Leon Blvd., 9th Floor Miami, FL 33134-6039 |
| pla | + | Atlas P2 Managing Member, LLC, Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Ivankovich Family LLC, Akerman LLP, c/o Eyal Berger, Esq., 201 East Las Olas Boulevard, Suite 1800, Ft. Lauderdale, FL 33301-4442 |
| pla | + | Olga Ivankovich, c/o David L. Rosendorf, Esq., Kozyak Tropin & Throckmorton LLP, 2525 Ponce de Leon Blvd., 9th Floor Miami, FL 33134-6039 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 31 2026 00:38:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 31 2026 00:39:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2026 00:39:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jan 31 2026 00:38:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal |

|  |  |  |  | Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jan 31 2026 00:37:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 31 2026 00:50:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | |

District/off: 113C-1                         User: admin                              Page 3 of 3
Date Rcvd: Jan 30, 2026                      Form ID: pdf005                          Total Noticed: 19

| | |
|---|---|
| | on behalf of Defendant Schiller Ducanto & Fleck  LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com |
| Darrell Winston Payne | on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com  cveguilla@stearnsweaver.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Atlas P2 Managing Member  LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Atlas P2 Managing Member  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Michael S Budwick, Esq | on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| Patricia A Redmond | on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Schiller Ducanto & Fleck  LLP predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Ryan Mitchell Wolis | on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com  egraham@stearnsweaver.com |
| Shira A Baratz | on behalf of Defendant Steven Ivankovich sbaratz@melandbudwick.com |

TOTAL: 25



**ORDERED in the Southern District of Florida on January 29, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                     Chapter 11

IVANKOVICH FAMILY LLC, *ET AL.*,
                                                           Case No. 24-15755-LMI
             Reorganized Debtors.                          (Jointly Administered)
_____/

IVANKOVICH FAMILY LLC, *ET AL.*,

             Plaintiffs,

v.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK, LLP, and STEVEN
IVANKOVICH,
                                                           Adv. Pro. No. 24-01411-LMI

             Defendants.
_____/

### JUDGMENT ON COUNTS ONE, THREE, AND SEVEN OF AMENDED COMPLAINT

THIS CAUSE came before the Court upon the *Joint Motion for Partial Summary Judgment*

(Adv. Docket No. 111) (the "**Motion for Summary Judgment**") filed by plaintiffs Ivankovich

Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC,

Anthony Ivankovich, and Olga Ivankovich (collectively, the "**Plaintiffs**") in the above-captioned adversary proceeding number 24-01411-LMI (the "**Adversary Proceeding**"), to grant Counts One, Three, and Seven of the *Amended Complaint for Objection to Claims and Interests of Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP and Declaratory Relief* (Adv. Docket No. 86) (the "**Amended Complaint**") filed by Plaintiffs; and upon the *Order Granting In Part and Denying In Part the Joint Motion for Partial Summary Judgment* (Adv. Docket No. 155) (the "**Summary Judgment Order**"), granting in part and denying in part the Motion for Summary Judgment, which, among other things, consolidated all of Jeanette's proofs of claim into one claim and all of Schiller's proofs of claim into one claim (together, the "**Remaining Jeanette and Schiller Claims**"), and held that the Summary Judgment Order shall have no effect on Jeanette's entitlement to attorney's fees against non-Debtors, either non-bankruptcy related or bankruptcy related, as may be awarded by the Illinois Divorce Court and the Court lacks subject matter jurisdiction to determine and adjudicate the award of any legal fees in favor of Jeanette Ivankovich and against Steven Ivankovich that were not awarded by the Illinois Divorce Court as of the Petition Date; and the Court having already entered the Summary Judgment Order and the *Agreed Order Granting Reorganized Debtors' Motion for Entry of an Order Authorizing the Reorganized Debtors to Disburse Funds from the Disputed Claim Reserve to Satisfy the Remaining Jeanette and Schiller Claims* (Docket No. 683); and the Plaintiffs' having filed the *Notice of Disbursement* (Docket No. 689) and the *Notice of Wire Transfer* (Docket No. 693); and after due deliberation and good and sufficient cause appearing thereof, it is hereby **ORDERED and ADJUDGED** as follows:

1.      Due to the Plaintiffs' satisfaction in full of the Remaining Jeanette and Schiller Claims, in accordance with the Summary Judgment Order, the Remaining Jeanette and Schiller

Claims are deemed satisfied and any further adjudication of Count One, Count Three, and Count Seven of the Amended Complaint is rendered moot.

2.      In accordance with the Summary Judgment Order, the following proofs of claim are hereby consolidated and shall be deemed satisfied from the Claims Register: POC Nos. 5-1, 5-2, 5-3, and 7-1, Case No. 24-15755-LMI; POC Nos. 7-1 and 9-1, Case No. 24-15762-LMI; POC Nos. 5-1 and 7-1, Case No. 24-15767-LMI; POC Nos. 6-1 and 9-1, Case No. 24-15770-LMI.

3.      Specifically, the Summary Judgment Order provided that all claims for legal fees in excess of $425,000 asserted by Jeanette in POC No. 5-3 against Ivankovich Family (Case No. 24-15755-LMI) are disallowed.

4.      This Court retains jurisdiction to enter further orders that are proper and to enforce this Judgment.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224

David L. Rosendorf, Esq.
Florida Bar No: 996823
dlr@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida  33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*

3