**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC,
A&O FAMILY LLC (FL),
A&O FAMILY LLC (IL),
ATLAS P2 MANAGING MEMBER, LLC,

        Reorganized Debtors.

_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
      24-15762-LMI
      24-15767-LMI
      24-15770-LMI

IVANKOVICH FAMILY LLC,
A&O FAMILY LLC (FL),
A&O FAMILY LLC (IL),
ATLAS P2 MANAGING MEMBER, LLC,
ANTHONY IVANKOVICH, and
OLGA IVANKOVICH,

        Plaintiffs,

v.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK, LLP, and STEVEN
IVANKOVICH,

        Defendants.

_____/

Adv. Pro. No. 24-01411-LMI

**BILL OF COSTS**

    Notice is given that the following Bill of Costs is presented to the Bankruptcy Clerk for consideration pursuant to Local Rule 7054-1 (or Local Rule 8021-1 for appellate costs) and in accordance with this Court's Guidelines for Taxation of Costs by the Clerk.

    Judgement was entered by this Court on January 30, 2026, in Adversary Proceeding Number 24-01411-LMI, in favor of plaintiffs Ivankovich Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich, and Olga Ivankovich (collectively, the "**Plaintiffs**") and against defendants Jeanette Ivankovich, Schiller

DuCanto & Fleck, LLP, and Steven Ivankovich, that all claims for legal fees in excess of $425,000 asserted by Jeanette in POC No. 5-3 against Ivankovich Family (Case No. 24-15755-LMI) ("**POC 5-3**") are disallowed, thus disallowing a total amount of $3,863,484.40 in legal fees alleged in POC 5-3 pursuant to Plaintiffs' *Joint Motion for Partial Summary Judgment* (Adv. Docket No. 111), as supplemented. *See Judgment on Counts One, Three, and Seven of Amended Complaint* (Adv. Docket No. 174) (the "**Judgment**").

*[Remainder of Page Intentionally Left Blank]*

85BF492B;6rev. 12/01/24)

The Clerk of the Bankruptcy Court is requested to tax the following as costs:[1]

| | |
|---|---|
| Fees of the clerk | $350.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ 817.35 |
| Fees for witnesses (itemized on reverse) taxable as costs[2] | $ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | $ |
| Filing and Docketing fees for Notice of Appeal | $ |
| Costs incident to taking of depositions taxable as costs | $ |
| Other costs [postage and copy charges for service of pleadings] | $1,501.97 |
| **TOTAL** | **$ 2,669.32** |

## DECLARATION

I, Eyal Berger, Esq., attorney for Ivankovich Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), and Atlas P2 Managing Member, LLC, declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in the action, that the services for which fees have been charged were actually and necessarily performed, that the fees requested are allowable pursuant to this Court's Guidelines for Taxation of Costs by the Clerk, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Patricia A. Redmond
Stearns Weaver Miller
150 W Flagler Street, Suite 2200
Miami, FL 33130

Darrell Winston Payne
Stearns Weaver Miller
150 W Flagler Street, Suite 2200
Miami, FL 33130

Michael S Budwick
Meland Budwick, P.A.
200 S Biscayne Blvd, Suite 3200
Miami, FL 33131

Ryan Mitchell Wolis
Stearns Weaver Miller
150 W Flagler Street, Suite 2200
Miami, FL 33130

Dated: February 13, 2026

Respectfully submitted,

By: _/s/ Eyal Berger_
Eyal Berger, Esq.
Florida Bar No: 011069
eyal.berger@akerman.com
**AKERMAN LLP**
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224

*Attorneys for the Plaintiffs/Reorganized Debtors*

---

[1]    Such costs continued to be invoiced through the date of entry of the Judgment. Accordingly, the above-captioned Reorganized Debtors reserve all rights to supplement this Bill of Costs to reflect such additional incurred and paid costs.

[2]    Substantially contemporaneously herewith, the Reorganized Debtors are filing a separate motion seeking an award of fees and costs incurred related to expert witness preparation in the above-captioned adversary proceeding.

83473928;1 B1040 (rev. 12/01/24)

**COSTS  ARE  TAXED  IN  THE  FOLLOWING  AMOUNT  AND  INCLUDED  IN  THE  JUDGMENT:**

$_____

CLERK OF COURT

_____                  By: _____

Date                                            Deputy Clerk

| WITNESS FEES (computation, cf. 28 U.S.C. §1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL: | |

<div style="border:1px solid black; padding:1em">

**NOTICE**

**Section 1924, Title 28, U.S.C. provides:**
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed".

**Section 1920 of Title 28 reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree".

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**

**Bankruptcy Rule 7054(b)(1)**
    "Costs Other Than Attorney's Fees.  The court may allow costs to the prevailing party, unless a federal statute or these rules provide otherwise.  Costs against the United States, its officers, and its agencies may be imposed only to the extent permitted by law.  The clerk, on 14 days' notice, may tax costs, and the court, on motion served within the next 7 days, may review the clerk's action."

**Bankruptcy Rule 8021(d)**
(d) Bill of Costs; Objections. A party who wants costs taxed must, within 14 days after a judgment on appeal is entered, file with the bankruptcy clerk and serve an itemized and verified bill of costs. Objections must be filed within 14 days after the bill of costs is served, unless the bankruptcy court extends the time.

</div>

B2540 (rev. 12/01/24)