# EXHIBIT A

**CohnReznick Advisory LLC**
**Summary of Professionals and Paraprofessionals Fees and Expenses**
**CR Adversary Costs**

| Professional | Position Title | Rate | Hours |
|---|---|---|---|
| Stuart Neiberg | Partner | 725.00 | 71.3 |
| Mike Fussman | Managing Director | 715.00 | 116.7 |
| Charlie Campbell | Director | 700.00 | 38.3 |
| K.P. Brockman | Senior Manager | 690.00 | 134.0 |
| Kate Nowinski | Manager | 675.00 | 48.1 |
| Nicole Vecchio | Manager | 675.00 | 10.9 |
| Corey Griddine | Senior Associate | 550.00 | 1.5 |
| Michael Nanus | Senior Associate | 550.00 | 10.4 |
| John Tesoriero | Bookkeeper Manager | 250.00 | 572.8 |
| | **Total** | | **1,004.0** |
| Blended Rate (All Timekeepers) | | *442.20* | |

| Fees |
| --- |
| $51,692.50 |
| $83,440.50 |
| $26,810.00 |
| $92,460.00 |
| $32,467.50 |
| $7,357.50 |
| $825.00 |
| $5,720.00 |
| $143,200.00 |
| **$443,973.00** |
| |
| |