**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC (FL)
A&O FAMILY LLC (IL)
ATLAS P2 MANAGING MEMBER, LLC,

    Debtors.

_____/

IVANKOVICH FAMILY LLC, et al.,

    Plaintiffs,

vs.

JEANETTE IVANKOVICH, et al.,

    Defendants.

_____/

Chapter 11
Case Nos.:    24-15755-LMI

                (Jointly Administered)
                24-15762-LMI
                24-15767-LMI
                24-15770-LMI

Adv. Pro. No.: 24-01411-LMI

**JEANETTE IVANKOVICH AND SCHILLER DUCANTO & FLECK'S**
**AGREED *EX PARTE* MOTION TO CONTINUE HEARINGS ON THE REORGANIZED**
**DEBTORS' MOTION TO AWARD COSTS [ADV. ECF 183] AND OBJECTION TO**
**THE REORGANIZED DEBTORS' BILL OF COSTS [ADV. ECF 186]**

Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP ("Schiller")
(collectively, "Defendants"), by and through undersigned counsel, pursuant to Southern District
of Florida Bankruptcy Local Rules 5071-1 and 9013-1(C)(8), respectfully request that this Court
enter an Order continuing the March 31, 2026 hearings on Ivankovich Family LLC, A&O Family
LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC's (collectively,
"Reorganized Debtors") *Motion to Award Costs Pursuant to Federal Rules of Bankruptcy Procedure*
*7026 and 7054 for Purposes of Preservation of Setoff and Recoupment* ("Motion to Award Costs")
[Adv. ECF 183] and Defendants' *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF

186]. In further support, Defendants state as follows:

1.      On February 13, 2026, Reorganized Debtors filed a *Bill of Costs* [Adv. ECF 182] and *Motion to Award Costs* [Adv. ECF 183], seeking an award of various expenses incurred in this adversary proceeding.

2.      On February 27, 2026, Defendants filed an *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF 186] and a *Response in Opposition to the Reorganized Debtors' Motion to Award Costs* [Adv. ECF 187].

3.      The Court set the *Motion to Award Costs* and the *Objection to the Reorganized Debtors' Bill of Costs* for non-evidentiary hearings to take place on March 31, 2026, at 9:30 a.m. via Zoom. *See* Notices of Hearing at [Adv. ECF 184 and 188].

4.      However, Patricia A. Redmond, Esq., undersigned counsel for Defendants, the only attorney with knowledge with respect to all aspects of the case, is scheduled to undergo a previously planned medical procedure on the morning of March 31, 2026, and is unable to attend the subject hearings.

5.      Defendants respectfully seek to continue the subject hearings to April 27, 2026, which would resolve the scheduling conflict and allow Ms. Redmond to attend the oral argument.[1]

6.      Further, in accordance with Southern District of Florida Bankruptcy Local Rule 5071-1:

      i.      Defendants have not requested a prior continuance of the subject hearings and, therefore, the Court has not previously granted a continuance;

---

[1] The Court also set for hearing on April 27, 2026, the *Emergency Motion to For Leave to File Proof of Claim After Deadline, or, in an Abundance of Caution and in the Alternative, for Relief from the Discharge Provision and Plan Injunction* [Bankr. ECF 691, 710], filed by Zhu Zhai Holdings Limited and Peter Pui Tak Lee.

ii.      Undersigned counsel certifies that Defendants and the Reorganized Debtors consent to the requested continuance; and

iii.     Defendants have filed this Motion at the earliest practical opportunity prior to the subject hearings.

*See* S.D. Fla. Bankr. L. R. 5071-1(B)–(D).

7.     Defendants also file this Motion in good faith and not for purposes of delay.

**WHEREFORE**, Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP respectfully request that the Court enter an Order substantially in the form attached as **Exhibit A**: i) granting this Motion, ii) continuing the hearings on the Reorganized Debtors' *Motion to Award Costs* [Adv. ECF 183] and Defendants' *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF 186] to April 27, 2026; and iii) granting any further relief that the Court deems proper.

## CONFERRAL CERTIFICATION

Counsel for the Defendants conferred with counsel for Reorganized Debtors via email on March 24, 2026, who consent to the requested relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system which caused same to be served upon counsel and parties authorized to receive NEF's in this case.

3

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: /s/ *Patricia A. Redmond*
  PATRICIA A. REDMOND, FBN 303739
  predmond@stearnsweaver.com
  DARRELL PAYNE, FBN 773300
  dpayne@stearnsweaver.com
  RYAN M. WOLIS, FBN 1019034
  rwolis@stearnsweaver.com
  150 W. Flagler St., # 2200, Miami, FL 33130
  Telephone: 305-789-3200

*Counsel for Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP*

4

## SERVICE LIST
### United States Bankruptcy Court, Southern District of Florida
### Case No. 24-01411-lMI

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S. Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltann
enbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

David L. Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
and on behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com; ycc@kttlaw.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
and on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

5

#14585195 v2

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                            Chapter 11
                                                                 Case Nos.:      24-15755-LMI
IVANKOVICH FAMILY LLC
A&O FAMILY LLC (FL)                                                              (Jointly Administered)
A&O FAMILY LLC (IL)                                                              24-15762-LMI
ATLAS P2 MANAGING MEMBER, LLC,                                                   24-15767-LMI
                                                                                24-15770-LMI
        Debtors.
_____/

IVANKOVICH FAMILY LLC, et al.,

        Plaintiffs,
vs.                                                              Adv. Pro. No.: 24-01411-LMI

JEANETTE IVANKOVICH, et al.,

        Defendants.
_____/

**ORDER GRANTING
JEANETTE IVANKOVICH AND SCHILLER DUCANTO & FLECK'S
AGREED *EX PARTE* MOTION TO CONTINUE HEARINGS ON THE REORGANIZED
DEBTORS' MOTION TO AWARD COSTS [ADV. ECF 183] AND OBJECTION TO
THE REORGANIZED DEBTORS' BILL OF COSTS [ADV. ECF 186]**

THIS MATTER came before the Court on Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Agreed Ex Parte Motion to Continue Hearings on the Reorganized Debtors' Motion to Award Costs [Adv. ECF 183] and Objection to the Reorganized Debtors' Bill of Costs [Adv. ECF 186]* ("Motion"), and the Court reviewing the Motion and noting the agreement of Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC ("Reorganized Debtors"), it is hereby

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The hearings on the Reorganized Debtors' *Motion to Award Costs* [Adv. ECF 183] and the Defendants' *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF 186], previously scheduled for March 31, 2026 pursuant to [Adv. ECF 184 and 188], are continued to April 27, 2026, at _____, via Zoom.

###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.