

**ORDERED in the Southern District of Florida on March 27, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC                    Chapter 11
A&O FAMILY LLC (FL)                       Case Nos.:      24-15755-LMI
A&O FAMILY LLC (IL)
ATLAS P2 MANAGING MEMBER, LLC,                           (Jointly Administered)
                                                          24-15762-LMI
        Debtors.                                          24-15767-LMI
_____/                        24-15770-LMI

IVANKOVICH FAMILY LLC, et al.,

        Plaintiffs,

vs.                                       Adv. Pro. No.: 24-01411-LMI

JEANETTE IVANKOVICH, et al.,

        Defendants.
_____/

**ORDER GRANTING JEANETTE IVANKOVICH AND**
**SCHILLER DUCANTO & FLECK'S AGREED *EX PARTE* MOTION TO**

**CONTINUE HEARINGS ON THE REORGANIZED DEBTORS' MOTION TO AWARD COSTS [ADV. ECF 183] AND OBJECTION TO THE REORGANIZED DEBTORS' BILL OF COSTS [ADV. ECF 186]**

THIS MATTER came before the Court on Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Agreed Ex Parte Motion to Continue Hearings on the Reorganized Debtors' Motion to Award Costs [Adv. ECF 183] and Objection to the Reorganized Debtors' Bill of Costs [Adv. ECF 186]* ("Motion"), and the Court reviewing the Motion and noting the agreement of Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC ("Reorganized Debtors"), it is hereby

**ORDERED** as follows:

1.     The Motion is **GRANTED**.

2.     The hearings on the Reorganized Debtors' *Motion to Award Costs* [Adv. ECF 183] and the Defendants' *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF 186], previously scheduled for March 31, 2026 pursuant to [Adv. ECF 184 and 188], are continued to April 27, 2026, at 2:30 p.m., via Zoom.   To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM.   If a party is unable to register online, please call Noemi Sanabria, Courtroom Deputy, at 305-714-1877.

### ###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.