United States Bankruptcy Court

Southern District of Florida

Ivankovich Family LLC,

    Plaintiff

        Adv. Proc. No. 24-01411-LMI

Ivankovich,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 28 2026 02:32:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 28 2026 02:30:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 28 2026 02:31:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2026 02:31:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 28 2026 02:30:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 28 2026 02:30:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 28 2026 02:29:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 28 2026 02:29:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 28 2026 02:32:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 28 2026 02:29:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 28 2026 02:29:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 28 2026 02:29:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-1                                    User: admin                                    Page 2 of 3

Date Rcvd: Mar 27, 2026                                Form ID: pdf004                               Total Noticed: 13

ust                  + Email/Text: ustpregion21.tp.ecf@usdoj.gov

Mar 28 2026 02:32:00   United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | on behalf of Defendant Schiller Ducanto & Fleck  LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com |
| Darrell Winston Payne | on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com  cveguilla@stearnsweaver.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |

District/off: 113C-1

User: admin

Page 3 of 3

Date Rcvd: Mar 27, 2026

Form ID: pdf004

Total Noticed: 13

David L Rosendorf, Esq

on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq

on behalf of Plaintiff Atlas P2 Managing Member LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Eyal Berger, Esq.

on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Atlas P2 Managing Member LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq

on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Patricia A Redmond

on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Patricia A Redmond

on behalf of Defendant Schiller Ducanto & Fleck LLP predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Ryan Mitchell Wolis

on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com egraham@stearnsweaver.com

Shira A Baratz

on behalf of Defendant Steven Ivankovich sbaratz@fisherphillips.com

TOTAL: 25



**ORDERED in the Southern District of Florida on March 27, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC      Chapter 11
A&O FAMILY LLC (FL)      Case Nos.:      24-15755-LMI
A&O FAMILY LLC (IL)
ATLAS P2 MANAGING MEMBER, LLC,      (Jointly Administered)
     24-15762-LMI
Debtors.      24-15767-LMI
_____/      24-15770-LMI

IVANKOVICH FAMILY LLC, et al.,

     Plaintiffs,

vs.      Adv. Pro. No.: 24-01411-LMI

JEANETTE IVANKOVICH, et al.,

     Defendants.
_____/

### ORDER GRANTING JEANETTE IVANKOVICH AND
### SCHILLER DUCANTO & FLECK'S AGREED *EX PARTE* MOTION TO

**CONTINUE HEARINGS ON THE REORGANIZED DEBTORS' MOTION TO AWARD COSTS [ADV. ECF 183] AND OBJECTION TO THE REORGANIZED DEBTORS' BILL OF COSTS [ADV. ECF 186]**

THIS MATTER came before the Court on Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Agreed Ex Parte Motion to Continue Hearings on the Reorganized Debtors' Motion to Award Costs [Adv. ECF 183] and Objection to the Reorganized Debtors' Bill of Costs [Adv. ECF 186]* ("Motion"), and the Court reviewing the Motion and noting the agreement of Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC ("Reorganized Debtors"), it is hereby

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The hearings on the Reorganized Debtors' *Motion to Award Costs* [Adv. ECF 183] and the Defendants' *Objection to the Reorganized Debtors' Bill of Costs* [Adv. ECF 186], previously scheduled for March 31, 2026 pursuant to [Adv. ECF 184 and 188], are continued to April 27, 2026, at 2:30 p.m., via Zoom.   To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM.   If a party is unable to register online, please call Noemi Sanabria, Courtroom Deputy, at 305-714-1877.

###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.