**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

| | |
|---|---|
| IVANKOVICH FAMILY LLC, | Chapter 11 |
| A&O FAMILY LLC (FLORIDA), | Case Nos.:   24-15755-LMI |
| A & O FAMILY LLC (ILLINOIS), | 24-15762-LMI |
| ATLAS P2 MANAGING MEMBER, LLC. | 24-15767-LMI |
| | 24-15770-LMI |

      Debtors-In-Possession.

_____/

IVANKOVICH FAMILY LLC,
A&O FAMILY LLC (FLORIDA),
A & O FAMILY LLC (ILLINOIS),
ATLAS P2 MANAGING MEMBER, LLC,
ANTHONY IVANKOVICH, and
OLGA IVANKOVICH,

      Plaintiffs,
vs.

Adv. Case No.:  24-01411-LMI

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK LLP, AND
STEVEN IVANKOVICH,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive NEF in this case on March 30, 2026 as indicated on the Service List attached hereto.

- *Order Granting Jeanette Ivankovich and Schiller DuCanto & Fleck's Agreed Ex Parte Motion to Continue Hearing on the Reorganized Debtors' Motion to Award Costs [Adv. ECF 183] and Objection to the Reorganized Debtors' Bill of Costs [Adv. ECF 186] [ECF 192].*

1

2

Dated:  March 30, 2026

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
By:  /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND
    Florida Bar No. 303739
    predmond@stearnsweaver.com

*Counsel for Jeanette Ivankovich*
*and Schiller DuCanto & Fleck LLP*

2

## SERVICE LIST
### United States Bankruptcy Court, Southern District of Florida
### Case No. 24-01411-lMI

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party Olga Ivankovich
achinchilla@kttlaw.com

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (IL)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
and on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
and On behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@melandbudwick.com

Ryan Mitchell Wolis on behalf of Defendant Jeanette Ivankovich
rwolis@stearnsweaver.com, egraham@stearnsweaver.com