Form CGFCRD3C  (10/16/2025)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number:**  24–15755–LMI

**Adversary Number:** 24–01411–LMI

In re:
**Name of Debtor(s):**  Ivankovich Family LLC

─────────────────────────────────────────/

**Ivankovich Family LLC, A&O Family LLC (FL), A & O Family LLC (IL),
Atlas P2 Managing Member, LLC, Anthony Ivankovich and Olga
Ivankovich**
Plaintiff(s)

**VS.**

**Jeanette Ivankovich, Schiller Ducanto & Fleck, LLP and Steven
Ivankovich**
Defendant(s)

─────────────────────────────────────────/

# RENOTICE OF HEARING

CHANGE LOCATION

**PLEASE TAKE NOTICE**  that a hearing will be held before the Honorable Laurel M Isicoff to consider the
following:

**Motion to Approve Costs Pursuant To Federal Rules Of Bankruptcy Procedure 7026 And 7054 For
Purposes Of Preservation Of Setoff And Recoupment Filed by Plaintiffs A & O Family LLC (IL), A&O
Family LLC (FL), Atlas P2 Managing Member, LLC, Ivankovich Family LLC (Berger, Eyal) (183)**

1.  This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted
    time for this matter is one hour. The hearing will be held:

    **Date:**        April 27, 2026
    **Time:**        02:30 PM
    **Location:**  C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 8, Miami, FL
                       33128

2.  The movant, or movant's counsel if represented by an attorney, must:

    (a)  serve a copy of this notice of hearing and, unless previously served, the above–described
         document(s) on all required parties within the time frame required by the Federal Rules of
         Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b)  file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be
    heard thereon.

3.  The audio recording maintained by the Court will be the sole basis for creation of a transcript that
    constitutes the official record of the hearing.

4.  PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities.
    Electronic devices, including but not limited to cameras, cellular phones (including those with
    cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios,
    tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court.
    These restrictions (except for cameras not integrated into a cell phone device) do not apply to
    attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by
    pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to

bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: <u>4/4/26</u>**                                          **CLERK OF COURT**
By: <u>Noemi Sanabria</u>
Courtroom Deputy