**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

IVANKOVICH FAMILY LLC,                          Chapter 11
A&O FAMILY LLC (FLORIDA),                        Case Nos.:      24-15755-LMI
A & O FAMILY LLC (ILLINOIS),                                     24-15762-LMI
ATLAS P2 MANAGING MEMBER, LLC.                                   24-15767-LMI
                                                                 24-15770-LMI

      Debtors-In-Possession.

_____/

IVANKOVICH FAMILY LLC,
A&O FAMILY LLC (FLORIDA),                        Adv. Case No.:  24-01411-LMI
A & O FAMILY LLC (ILLINOIS),
ATLAS P2 MANAGING MEMBER, LLC,
ANTHONY IVANKOVICH, and
OLGA IVANKOVICH,

      Plaintiffs,
vs.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK LLP, AND
STEVEN IVANKOVICH,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive NEF in this case on April 6, 2026 as indicated on the Service List attached hereto.

- *Re-Notice of Hearing (ECF 196).*

1

Dated:  April 6, 2026

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
By:  /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND
    Florida Bar No. 303739
    predmond@stearnsweaver.com

*Counsel for Jeanette Ivankovich*
*and Schiller DuCanto & Fleck LLP*

<u>**SERVICE LIST**</u>
**United States Bankruptcy Court, Southern District of Florida**
**Case No. 24-01411-lMI**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltann
enbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party
Olga Ivankovich
achinchilla@kttlaw.com

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (IL)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
and on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
and On behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@melandbudwick.com

Ryan Mitchell Wolis on behalf of Defendant Jeanette Ivankovich
rwolis@stearnsweaver.com, egraham@stearnsweaver.com