**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11
                                                          Case No. 24-15755-LMI
IVANKOVICH FAMILY LLC,

       Debtor.
_____/

IVANKOVICH FAMILY LLC,                        Adv. Pro. No.: 24-01411-LMI
A&O FAMILY LLC (FL),
A & O FAMILY LLC (IL),
ATLAS P2 MANAGING MEMBER, LLC,
ANTHONY IVANKOVICH, and
OLGA IVANKOVICH,

       Plaintiffs,
vs.

JEANETTE IVANKOVICH, SCHILLER
DUCANTO & FLECK, LLP, and STEVEN
IVANKOVICH,

       Defendants.
_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the following documents were furnished on April 17, 2026 via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list:

1.  **ReNotice of Hearing (ECF No. 199)** re *Reorganized Debtors' Motion To Award Costs Pursuant To Federal Rules Of Bankruptcy Procedure 7026 And 7054 For Purposes Of Preservation Of Setoff And Recoupment [ECF No. 183]*

2.  **ReNotice of Hearing (ECF No. 200)** re *Jeanette Ivankovich And Schiller Ducanto & Fleck's Objection [ECF No. 186] To Reorganized Debtors' Bill of Costs [ECF No. 182]*

Dated: April 20, 2026

Respectfully submitted,

By:   /s/ *Eyal Berger*
Eyal Berger, Esq
Florida Bar No. 011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301-2999
Tel:: (954) 463-2700
Fax: (954) 463-2224
*Counsel for Plaintiff Debtors*

## SERVICE LIST

**24-01411-LMI Notice will be electronically mailed to:**

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@fisherphillips.com

Eyal Berger, Esq. on behalf of Plaintiff A & O Family LLC (IL)
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff A&O Family LLC (FL)
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Atlas P2 Managing Member, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Ivankovich Family LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Anthony Ivankovich
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Olga Ivankovich
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Defendant Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Alexa Garcia Chinchilla on behalf of Plaintiff Anthony Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Plaintiff Olga Ivankovich
achinchilla@kttlaw.com

Amanda Klopp on behalf of Plaintiff A & O Family LLC (IL)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff A&O Family LLC (FL)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Atlas P2 Managing Member, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Ivankovich Family LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

Patricia A Redmond on behalf of Defendant Schiller Ducanto & Fleck, LLP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Patricia A Redmond on behalf of Defendant Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

David L Rosendorf, Esq on behalf of Plaintiff A & O Family LLC (IL)
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff A&O Family LLC (FL)
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Atlas P2 Managing Member, LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Ivankovich Family LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Anthony Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Ryan Mitchell Wolis on behalf of Defendant Jeanette Ivankovich
rwolis@stearnsweaver.com, egraham@stearnsweaver.com