**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos.:    24-15755-LMI |
| IVANKOVICH FAMILY LLC, | |
| | |
| Reorganized Debtor. | |
| _____/ | |
| | |
| IVANKOVICH FAMILY LLC, et al., | |
| | |
| Plaintiffs, | |
| | |
| vs. | Adv. Pro. No.: 24-01411-LMI |
| | |
| JEANETTE IVANKOVICH, et al., | |
| | |
| Defendants. | |
| _____/ | |

**AGREED MOTION FOR CONTINUANCE OF HEARING ON JUNE 8, 2026**

Defendants, Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP ("Schiller" and collectively, "Defendants") move (the "Motion") for entry of an order on an agreed basis granting a continuance of the hearing set for June 8, 2026 related to Defendants' *Objection to Plaintiffs' Bill of Costs* [Adv. ECF No. 186] (the "Objection"). In support of the Motion, Defendants state as follows:

1.      The Court has noticed [Adv. ECF No. 200] a non-evidentiary hearing on Defendants' Objection [Adv. ECF No. 186] for June 8, 2026, at 9:30 a.m. The June 8th hearing has been allotted one hour.

2.      Defendants' request a short continuance of the June 8th hearing for extenuating circumstances. Ryan M. Wolis, counsel for Defendants, just learned he will be unavailable for the hearing because his spouse is scheduled to undergo a medical procedure requiring his attention

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

that same day. Patricia A. Redmond, counsel for Defendants, also has an out-of-town commitment on June 8, 2026.

3.      The request is not made for delay or dilatory purposes.

4.      The same June 8, 2026, calendar also includes a related hearing in the main bankruptcy case on the Debtor's *Motion for Order to Show Cause* [ECF No. 354]. Defendants are filing, or have filed, a separate agreed motion to continue that related main-case hearing based on the same counsel-availability conflicts.

## **CONFERRAL CERTIFICATION**

I certify that counsel for Defendants conferred with counsel for Plaintiffs via email on May 27, 2026, who agreed to the relief in this Motion.

> **STEARNS WEAVER MILLER WEISSLER**
> **ALHADEFF & SITTERSON, P.A.**
>
> By: /s/ *Patricia A. Redmond*
> PATRICIA A. REDMOND, FBN 303739
> predmond@stearnsweaver.com
> DARRELL PAYNE, FBN 773300
> dpayne@stearnsweaver.com
> DANIEL J. HALPERIN, FBN 1010092
> dhalperin@stearnsweaver.com
> RYAN M. WOLIS, FBN 1019034
> rwolis@stearnsweaver.com
> 150 W. Flagler St., # 2200, Miami, FL 33130
> Telephone: 305-789-3200
>
> *Counsel for Creditors Jeanette Ivankovich*
> *and Schiller, DuCanto & Fleck, LLP*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on May 29, 2026, via the Court's CM/ECF website.  I further certify that the document is being furnished as it is entered on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case as indicated on the Service List below.

3

**SERVICE LIST**

Matthew R. Brooks, Esq.
Troutman Pepper Locke LLP
On behalf of P-5 GRA, LLC
matthew.brooks@troutman.com

Steve J. Brotman, Esq.
Troutman Pepper Locke LLP
On behalf of P-5 GRA, LLC
steven.brotman@lockelord.com

Gary W. Marsh
Trouthman Pepper Locke LLP
On behalf of P-5 GRA, LLC
gary.marsh@troutman.com

Michael Busenkell, Esq.
Bradley P. Lehman, Esq.
Gellert Seitz Busenkell & Brown, LLC
On behalf of P-5 GRA LLC
blehman@gsbblaw.com
mbusenkell@gsbblaw.com

Eyal Berger, Esq. on behalf of A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,   ltannenbaum@melandbudwick.com;   mrbnefs@yahoo.com;
mbudwick@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

4

Gary A Goldstein on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illinois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq.
On behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David L Rosendorf, Esq
On behalf of Interested Party Anthony Ivankovich
On behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Interested Party Township GP Fund II, LP
Interested Party Township Orlando, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party Olga Ivankovich
achinchilla@kttlaw.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

5

## **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11
                                                          Case Nos.:    24-15755-LMI
IVANKOVICH        FAMILY        LLC
A&O FAMILY LLC (FL)                                                     (Jointly Administered)
A&O FAMILY LLC (IL)                                                     24-15762-LMI
ATLAS P2 MANAGING MEMBER, LLC,                                          24-15767-LMI
                                                                       24-15770-LMI

        Debtors.
_____/

IVANKOVICH FAMILY LLC, et al.,

        Plaintiffs,

vs.                                                       Adv. Pro. No.: 24-01411-LMI

JEANETTE IVANKOVICH, et al.,

        Defendants.
_____/

**ORDER GRANTING AGREED MOTION FOR**
**CONTINUANCE OF HEARING ON JUNE 8, 2026**

**THIS MATTER** came before the Court without a hearing upon Defendants, Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP's ("Schiller" and collectively, "Defendants") *Agreed Motion for Continuance of Hearing on June 8, 2026* [ECF No. ___] (the "Motion"). The Court, having reviewed the Motion, having considered the agreement of the parties, and having found good cause exists to grant the continuance and being otherwise fully advised in the premises, it is

**ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The hearing scheduled for June 8, 2026, at 9:30 a.m. on Defendants' *Objection to Plaintiffs' Bill of Costs* [Adv. ECF No. 186] (the "Objection") is **CONTINUED**.

3.      The continued hearing will be held on _____, 2026, at _____ a.m./p.m., before the Honorable Peter D. Russin, United States Bankruptcy Judge, in Courtroom 8, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida 33128.

4.      The Court shall retain jurisdiction to enforce the terms of this Order.

Submitted by:
Patricia Redmond, Esq.
Daniel Halperin, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.