

**ORDERED in the Southern District of Florida on June 3, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos.:       24-15755-PDR |
| IVANKOVICH FAMILY LLC | |
|    Reorganized Debtor. | |
| _____/ | |
| IVANKOVICH FAMILY LLC, et al., | |
|    Plaintiffs, | |
| v. | Adv. Pro. No.: 24-01411- PDR |
| JEANETTE IVANKOVICH, et al., | |
|    Defendants. | |
| _____/ | |

**ORDER GRANTING AGREED MOTION FOR**
**CONTINUANCE OF HEARING ON JUNE 8, 2026**

**THIS MATTER** came before the Court without a hearing upon Defendants, Jeanette

Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP's ("Schiller" and collectively,

"Defendants") *Agreed Motion for Continuance of Hearing on June 8, 2026* [ECF No. 202] (the

"Motion"). The Court, having reviewed the Motion, having considered the agreement of the parties, and having found that good cause exists to grant the continuance and being otherwise fully advised in the premises, it is

**ORDERED** that:

1.      The Motion is **GRANTED.**

2.      The hearing scheduled for June 8, 2026, at 9:30 a.m. on Plaintiff's Ivankovich Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich, and Olga Ivankovich (collectively, the "Plaintiffs") *Bill of Costs* [Adv. ECF No. 182] and *Motion to Award Costs Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7054 for Purposes of Preservation of Setoff and Recoupment* [Adv. ECF No. 183], together with Defendants' *Objection to Plaintiffs' Bill of Costs* [Adv. ECF No. 186] (the "Objection") and *Response in Opposition to Reorganized Debtors' Motion to Award Costs* [Adv. ECF No. 187] are **CONTINUED**.

3.      The continued hearing will be held on July 1, 2026, at 11:00 a.m., at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128.

###

Submitted by:
Patricia Redmond, Esq.
Daniel Halperin, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.