United States Bankruptcy Court

Southern District of Florida

Ivankovich Family LLC,

    Plaintiff

                                             Adv. Proc. No. 24-01411-LMI

Ivankovich,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol            Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 04 2026 22:49:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 04 2026 22:48:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 04 2026 22:48:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2026 22:48:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jun 04 2026 22:49:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jun 04 2026 22:48:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-1                                    User: admin                                           Page 2 of 3

Date Rcvd: Jun 04, 2026                          Form ID: pdf004                                    Total Noticed: 13

ust                           + Email/Text: ustpregion21.tp.ecf@usdoj.gov
                                                                    Jun 04 2026 22:49:00    United States Trustee - TPA7/13, Timberlake
                                                                                            Annex, Suite 1200, 501 E Polk Street, Tampa, FL
                                                                                            33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | on behalf of Defendant Schiller Ducanto & Fleck  LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com |
| Darrell Winston Payne | on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com  cveguilla@stearnsweaver.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com |

District/off: 113C-1                                    User: admin                                         Page 3 of 3
Date Rcvd: Jun 04, 2026                                 Form ID: pdf004                                    Total Noticed: 13

David L Rosendorf, Esq
                      on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq
                      on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com  rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq
                      on behalf of Plaintiff Atlas P2 Managing Member  LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Eyal Berger, Esq.
                      on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
                      on behalf of Plaintiff Atlas P2 Managing Member  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
                      on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
                      on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
                      on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
                      on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq
                      on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com
                      ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phor
                      nia@ecf.courtdrive.com

Patricia A Redmond
                      on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com
                      jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Patricia A Redmond
                      on behalf of Defendant Schiller Ducanto & Fleck  LLP predmond@stearnsweaver.com,
                      jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Ryan Mitchell Wolis
                      on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com  egraham@stearnsweaver.com

Shira A Baratz
                      on behalf of Defendant Steven Ivankovich sbaratz@fisherphillips.com


TOTAL: 25



**ORDERED in the Southern District of Florida on June 3, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC

      Reorganized Debtor.
_____/

IVANKOVICH FAMILY LLC, et al.,

      Plaintiffs,

v.

JEANETTE IVANKOVICH, et al.,

      Defendants.
_____/

Chapter 11
Case Nos.:    24-15755-PDR

Adv. Pro. No.: 24-01411- PDR

**ORDER GRANTING AGREED MOTION FOR**
**CONTINUANCE OF HEARING ON JUNE 8, 2026**

**THIS MATTER** came before the Court without a hearing upon Defendants, Jeanette

Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP's ("Schiller" and collectively,

"Defendants") *Agreed Motion for Continuance of Hearing on June 8, 2026* [ECF No. 202] (the

"Motion"). The Court, having reviewed the Motion, having considered the agreement of the parties, and having found that good cause exists to grant the continuance and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The hearing scheduled for June 8, 2026, at 9:30 a.m. on Plaintiff's Ivankovich Family LLC, A&O Family LLC (FL), A&O Family LLC (IL), Atlas P2 Managing Member, LLC, Anthony Ivankovich, and Olga Ivankovich (collectively, the "Plaintiffs") *Bill of Costs* [Adv. ECF No. 182] and *Motion to Award Costs Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7054 for Purposes of Preservation of Setoff and Recoupment* [Adv. ECF No. 183], together with Defendants' *Objection to Plaintiffs' Bill of Costs* [Adv. ECF No. 186] (the "Objection") and *Response in Opposition to Reorganized Debtors' Motion to Award Costs* [Adv. ECF No. 187] are **CONTINUED**.

3. The continued hearing will be held on July 1, 2026, at 11:00 a.m., at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128.

###

Submitted by:
Patricia Redmond, Esq.
Daniel Halperin, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.