

**ORDERED in the Southern District of Florida on July 14, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| IVANKOVICH FAMILY LLC, | Case No.:      24-15755-PDR |
| Reorganized Debtors. _____/ | (Jointly Administered) |
| IVANKOVICH FAMILY LLC, et al., | |
| Plaintiffs, | |
| vs. | Adv. Pro. No.: 24-01411-PDR |
| JEANETTE IVANKOVICH, et al., | |
| Defendants. _____/ | |

### ORDER DENYING MOTION TO AWARD COSTS

**THIS MATTER** came before the Court at 11:00 a.m. on July 1, 2026 ("Hearing") upon

Reorganized Debtors Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC

(Illinois), and Atlas P2 Managing Member LLC's (collectively, "Reorganized Debtors") *Motion*

*to Award Costs Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7054 for Purposes of Preservation of Setoff and Recoupment* ("Motion") [Adv. ECF 183]. The Court reviewed the Motion, reviewed Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Response in Opposition to Reorganized Debtors' Motion to Award Costs* [Adv. ECF 187] and *Supplement in Further Support of Opposition to Reorganized Debtors' Motion to Award Costs* [Adv. ECF 207], heard argument and presentation of counsel, and is otherwise fully apprised in the premises. For the reasons stated on the record at the Hearing, which are incorporated herein, it is

       **ORDERED and ADJUDGED** that the Motion is **DENIED**.

###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

*(Attorney Redmond is directed to serve a copy of this Order upon all interested parties and to file a Certificate of Service.)*

2