**ORDERED in the Southern District of Florida on July 14, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| IVANKOVICH FAMILY LLC, | Case No.: 24-15755-PDR |
| Reorganized Debtor. | |
| _______________________________________/ | |
| IVANKOVICH FAMILY LLC, et al., | |
| Plaintiffs, | |
| vs. | Adv. Pro. No.: 24-01411-PDR |
| JEANETTE IVANKOVICH, et al., | |
| Defendants. | |
| _______________________________________/ | |

## ORDER SUSTAINING OBJECTION TO BILL OF COSTS

**THIS MATTER** came before the Court at 11:00 a.m. on July 1, 2026 ("Hearing") upon Reorganized Debtors Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC's (collectively, "Reorganized Debtors") *Bill of*

*Costs* [Adv. ECF 182]. The Court reviewed the Bill of Costs; reviewed Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Objection to Reorganized Debtors' Bill of Costs* ("Objection") [Adv. ECF 186]; heard argument and presentation of counsel; and is otherwise fully apprised in the premises. For the reasons stated on the record at the Hearing, which are incorporated herein, it is

**ORDERED:**

1. The Objection to the Bill of Costs is **SUSTAINED**.

2. The bill of costs is disallowed without prejudice, to the extent, if any, reorganized debtors seek relief from the Court, rather than taxation by the clerk, and can identify a valid basis for an award of the taxable costs.

###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

*(Attorney Redmond is directed to serve a copy of this Order upon all interested parties and to file a Certificate of Service.)*