United States Bankruptcy Court
Southern District of Florida

Ivankovich Family LLC,
Plaintiff
Ivankovich,
Defendant

Adv. Proc. No. 24-01411-PDR

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: admin Page 1 of 3
Date Rcvd: Jul 15, 2026 Form ID: pdf004 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 16 2026 00:08:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 16 2026 00:07:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jul 16 2026 00:07:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2026 00:07:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 16 2026 00:08:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 16 2026 00:07:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 16 2026 00:08:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexa Garcia Chinchilla | on behalf of Plaintiff Anthony Ivankovich achinchilla@kttlaw.com |
| Alexa Garcia Chinchilla | on behalf of Plaintiff Olga Ivankovich achinchilla@kttlaw.com |
| Amanda Klopp | on behalf of Plaintiff Ivankovich Family LLC amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff Atlas P2 Managing Member LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A&O Family LLC (FL) amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Plaintiff A & O Family LLC (IL) amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Darrell Winston Payne | on behalf of Defendant Schiller Ducanto & Fleck LLP dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com |
| Darrell Winston Payne | on behalf of Defendant Jeanette Ivankovich dpayne@stearnsweaver.com cveguilla@stearnsweaver.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A&O Family LLC (FL) dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Anthony Ivankovich dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff A & O Family LLC (IL) dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com |

| | |
|---|---|
| David L Rosendorf, Esq | on behalf of Plaintiff Ivankovich Family LLC dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Olga Ivankovich dlr@kttlaw.com rcp@kttlaw.com;ycc@kttlaw.com |
| David L Rosendorf, Esq | on behalf of Plaintiff Atlas P2 Managing Member LLC dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Ivankovich Family LLC eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Atlas P2 Managing Member LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff A & O Family LLC (IL) eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff A&O Family LLC (FL) eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Olga Ivankovich eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff Anthony Ivankovich eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Michael S Budwick, Esq | on behalf of Defendant Steven Ivankovich mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| Patricia A Redmond | on behalf of Defendant Jeanette Ivankovich predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Schiller Ducanto & Fleck LLP predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com |
| Ryan Mitchell Wolis | on behalf of Defendant Jeanette Ivankovich rwolis@stearnsweaver.com egraham@stearnsweaver.com |
| Shira A Baratz | on behalf of Defendant Steven Ivankovich sbaratz@fisherphillips.com |

TOTAL: 25

**ORDERED in the Southern District of Florida on July 14, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Chapter 11

IVANKOVICH FAMILY LLC, Case No.: 24-15755-PDR

Reorganized Debtor.
_______________________________________/

IVANKOVICH FAMILY LLC, et al.,

Plaintiffs,

vs. Adv. Pro. No.: 24-01411-PDR

JEANETTE IVANKOVICH, et al.,

Defendants.
_______________________________________/

**ORDER SUSTAINING OBJECTION TO BILL OF COSTS**

**THIS MATTER** came before the Court at 11:00 a.m. on July 1, 2026 ("Hearing") upon Reorganized Debtors Ivankovich Family LLC, A&O Family LLC (Florida), A&O Family LLC (Illinois), and Atlas P2 Managing Member LLC's (collectively, "Reorganized Debtors") *Bill of*

*Costs* [Adv. ECF 182]. The Court reviewed the Bill of Costs; reviewed Defendants Jeanette Ivankovich and Schiller DuCanto & Fleck LLP's (collectively, "Defendants") *Objection to Reorganized Debtors' Bill of Costs* ("Objection") [Adv. ECF 186]; heard argument and presentation of counsel; and is otherwise fully apprised in the premises. For the reasons stated on the record at the Hearing, which are incorporated herein, it is

**ORDERED:**

1. The Objection to the Bill of Costs is **SUSTAINED**.

2. The bill of costs is disallowed without prejudice, to the extent, if any, reorganized debtors seek relief from the Court, rather than taxation by the clerk, and can identify a valid basis for an award of the taxable costs.

###

Submitted by:
Patricia Redmond, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

*(Attorney Redmond is directed to serve a copy of this Order upon all interested parties and to file a Certificate of Service.)*